# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**FRANCISCO A. BARELA,**

    **Plaintiff,**

    v.                                                       **Case No. 1:24-cv-01058-KG-JHR**

**LELAND DUDEK,**
 **Acting Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 14) in an order entered on March 7, 2025 (ECF No. 15), in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                                /s/ KENNETH J. GONZALES[1]
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.